Young Walgenkim OSB No. 124900
**HANSON & WALGENKIM, LLC**
838 Commercial St NE
Salem, OR 97301
Tel. (503) 383-1496 || Fax (503) 766-6477
young@hansonwalgenkim.com

Daniel E. Gustafson
Daniel C. Hedlund
David A. Goodwin
Joseph C. Bourne
Eric S. Taubel
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
jbourne@gustafsongluek.com
etaubel@gustafsongluek.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **Kottemann Orthodontics, P.L.L.C., on behalf of itself and all others similarly situated,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**INTEL CORPORATION,**<br><br>       **Defendant.** | Case No: 3:18-cv-00935-HZ<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Kottemann Orthodontics, P.L.L.C. ("Kottemann" or "Plaintiff"), hereby provides the following corporate disclosure statement:

Kottemann Orthodontics, P.L.L.C. is a Minnesota Limited Liability Corporation whose owners/members/partners are all citizens of Minnesota.  Kottemann has no parent corporation. No publicly held corporation owns 10% or more of the ownership interests in Kottemann.

Dated: May 30, 2018

Respectfully submitted,
*s/Young Walgenkim*
Young Walgenkim OSB No. 124900
**Hanson & Walgenkim, LLC**
838 Commercial St NE
Salem, OR 97301
Tel. (503) 383-1496 || Fax (503) 766-6477
young@hansonwalgenkim.com

Daniel E. Gustafson
Daniel C. Hedlund
David A. Goodwin
Joseph C. Bourne
Eric S. Taubel
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
jbourne@gustafsongluek.com
etaubel@gustafsongluek.com

*ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASS*