# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE: INTEL CORP. CPU MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions. | Case No. 3:18-md-2828-SI<br><br>**PRETRIAL ORDER NO. 2** |

**Michael H. Simon, District Judge.**

On June 15, 2018, the Court held the Initial Case Management Conference in this action. The following matters were discussed and resolved:

1. The Court appoints the following persons as Interim Co-Lead Plaintiffs' Counsel, Interim Liaison Plaintiffs' Counsel, and Interim Plaintiffs' Steering Committee, pursuant to Fed. R. Civ. P. 23(g)(3), for a one-year renewable term:

### Interim Co-Lead Plaintiffs' Counsel

> Christopher A. Seeger
> SEEGER WEISS LLP
> 55 Challenger Road
> Ridgefield Park, NJ 07660
> Telephone: (212) 584-0700
> Email: cseeger@seegerweiss.com

PAGE 1 – PRETRIAL ORDER NO. 2

Rosemary M. Rivas
LEVI & KORSINSKY LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Email: rrivas@zlk.com

**Interim Plaintiffs' Liaison Counsel**

Steve D. Larson and Jennifer S. Wagner
STOLL STOLL BERNE LOKTING & SHLACHTER PC
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Email: slarson@stollberne.com
Email: jwagner@stollberne.com

**Interim Plaintiffs' Steering Committee**

Gayle M. Blatt
CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Email: gmb@cglaw.com

Stuart A. Davidson
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Email: sdavidson@rgrdlaw.com

Melissa R. Emert
STULL, STULL, & BRODY
6 East 45th Street
New York City, NY 10017
Telephone: (212) 687-7230
Email: memert@ssbny.com

Richard M. Hagstrom
HELLMUTH & JOHNSON PLLC
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Email: rhagstrom@hjlawfirm.com
(*appointed to represent the interests of Regulated Plaintiffs*)

Jennifer L. Joost
KESSLER TOPAZ MELTZER & CHECK LLP
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Email: jjoost@ktmc.com

Adam J. Levitt
DICELLO LEVITT & CASEY LLC
Ten North Dearborn Street, Eleventh Floor
Chicago, IL 60602
Telephone: (312) 214-7900
Email: alevitt@dlcfirm.com

Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Email: cschaffer@lfsblaw.com
(*appointed to represent the interests of Governmental Plaintiffs*)

2. The Court notes that the following persons and law firms have appeared as counsel for Defendant, Intel Corporation:

Daniel F. Katz
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5143
Email:dkatz@wc.com

PAGE 3 – PRETRIAL ORDER NO. 2

        David S. Kurtzer-Ellenbogen
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, NW
        Washington, DC 20005
        Telephone: (202) 434-5676
        Email: dkurtzer@wc.com

        Rachel Rodman
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, NW
        Washington, DC 20005
        Telephone: (202) 434-5952
        Email: rrodman@wc.com

        Steven T. Lovett
        STOEL RIVES LLP
        760 SW Ninth Avenue, Suite 3000
        Portland, OR 97205
        Telephone: (503) 294-9364
        Email: steve.lovett@stoel.com

        Rachel C. Lee
        STOEL RIVES LLP
        760 SW Ninth Avenue, Suite 3000
        Portland, OR 97205
        Telephone: (503) 294-9403
        Email: rachel.lee@stoel.com

       3.     Not later than June 29, 2018, interim co-lead and liaison Plaintiffs' counsel and Defendant's counsel, after conferring, shall jointly file a proposed partial case management schedule with suggested dates for the following events:

        a.     Plaintiffs file Consolidated Master Complaint(s).

        b.     Defendants file response(s) to Consolidated Master Complaint(s).

        c.     Parties file motions for proposed protective orders(s), ESI protocol(s), Fed. R. Evid. 502 (Clawback) order(s), discovery staging, and TAR/predictive coding protocols, if any.

PAGE 4 – PRETRIAL ORDER NO. 2

        d.        Plaintiffs respond to Fed. R. Civ. P. 12 motions, if any.

        e.        Defendants reply in support of Fed. R. Civ. P. 12 motions, if any.

        f.        Oral argument on Fed. R. Civ. P. 12 motions, if any, and next in-court status conference.

4.        At the next in-court status conference, the Court will discuss with the parties: (a) an appropriate plan for discovery, including the parties' considerations of using phased discovery, predictive coding/technology assisted review, or any other procedures designed to achieve the objectives of Fed. R. Civ. P. 1; (b) a case management schedule for the duration of the litigation, including periodic telephonic and in-court status conferences; and (c) any other issues that any party desires to discuss.

5.        The Court directs the Clerk of the Court to send a copy of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation.

**IT IS SO ORDERED.**

DATED this 18th day of June, 2018.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge